# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**v.**                          **No. 4:20-cr-186-DPM-2**

**MICHAEL WITCHER**                                   **DEFENDANTS**

## ORDER

Motion to dismiss, *Doc. 39*, granted.  The Indictment is dismissed without prejudice as to Michael Witcher.

So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.
United States District Judge

23 April 2021